IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
OCT 18 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 17-30172-MJR |
| vs. ) | |
| ) | |
| JOSHUA B. JORDAN, ) | Title 18, United States Code, |
| Defendant. ) | Section 113(a)(3). |

## INDICTMENT

THE GRAND JURY CHARGES:

**ASSAULT WITH A DANGEROUS WEAPON WITH THE INTENT TO DO BODILY HARM**

On or about September 27, 2017, in Bond County, Illinois, within the Southern District of Illinois,

**JOSHUA B. JORDAN,**

defendant herein, at a place within the territorial jurisdiction of the United States, namely, the federal correctional institution at Greenville, Illinois, commonly known as FCI-Greenville, on land acquired for the use of the United States and under its concurrent jurisdiction, intentionally

assaulted R.S. with a dangerous weapon with the intent to do bodily harm to R.S.; all in violation of Title 18, United States Code, Section 113(a)(3).

A TRUE BILL

*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

*Donald S. Boyce*
DONALD S. BOYCE
United States Attorney

Recommend Bond: Detention